# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 436 MAL 2017

       Respondent

       :    Petition for Allowance of Appeal from
       :    the Order of the Superior Court

       v.

COSIL LOUIS CHILDS,

       Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of December, 2017, the Petition for Allowance of Appeal

is **GRANTED**. The issue, as stated by petitioner, is:

Was the [PCRA] court in error for dismissing [Petitioner's] Petition for Post
Conviction Relief averring that trial counsel was ineffective for failing to
object to remarks of the assistant district attorney during her closing
argument wherein she repeatedly called [Petitioner] a liar?